Opinion filed June 8, 2006 












 
 
  
 
 







 
 
  
 
 




Opinion filed June 8, 2006 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-06-00066-CV 

                                                    __________

 

                                    CLOVIS
WAKEFIELD, Appellant

 

                                                             V.

 

               JOYCE
PHILLIPS AND THE E.A. OHLENBUSCH TRUST,

KENSING AND LOUISE GENZ, TRUSTEES, Appellees

 



 

                                          On
Appeal from the 32nd District Court

                                                          Fisher
County, Texas

                                                     Trial
Court Cause No. 5809

 



 

                                             M
E M O R A N D U M   O P I N I O N

Clovis Wakefield has filed in this court a motion
for rehearing contending that her notice of appeal was timely mailed and that,
therefore, she has timely perfected an appeal. We agree.

The motion for rehearing is granted.  The judgment dated April 20, 2006, is
withdrawn.  The appeal is
reinstated.  The appellate record is now
due to be filed in this court on or before July 24, 2006.

 

June 8,
2006                                                                            PER
CURIAM

Panel
consists of: Wright, C.J., and

McCall, J, and Strange, J.